STATE v. EDWARDS

No. 16P94

Case below: 112 N.C.App. 853

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

STATE v. ERWIN

No. 575P93

Case below: 112 N.C.App. 545

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 April 1994.

STATE v. JONES

No. 46P94

Case below: 113 N.C.App. 423

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 April 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

STATE v. OAKES

No. 91P94

Case below: 113 N.C.App. 332

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

STEWARD v. HENRY

No. 59PA94

Case below: 113 N.C.App. 204

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1994.